UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SUZETTE WILKINSON,

        Plaintiff,

 -against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

       Defendant.
------------------------------------------------------------------X

JUDGMENT
05-CV- 1255 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2005 ★
TIME A.M. _____ P.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 22, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
   September 26, 2005

               /s/
             ROBERT C. HEINEMANN
             Clerk of Court